**Opinion issued October 20, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00725-CV

_____

## IN RE ANN MARIE WEIGEL, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Ann Marie Weigel, has filed a petition for a writ of mandamus challenging an order for sanctions and costs signed on July 20, 2015.[1]

We deny the petition.

---

[1]  The underlying case is *Marilyn J. Long-Kline v. John H. Weigel*, Cause No. 2013-69126, in the 215th District Court of Harris County, the Honorable Elaine Palmer presiding.

## PER CURIAM

Panel consists of Justices Jennings, Keyes, and Brown.